**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JAMES LAWRENCE; JEFFREY J. BIGGS; JAMES R. LOVE; and BILLY DICKSON, | : : : | CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983 |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-0988-JTC |
| v. | : : | |
| GEORGIA STATE BOARD OF PARDONS AND PAROLES, ET AL., | : : : | |
| Defendants. | : | |

**ORDER AND OPINION**

Plaintiffs have submitted the instant pro se civil rights action without paying the $350.00 filing fee. Only one Plaintiff, James Lawrence, submitted a financial affidavit in support of request to file this action as an indigent. However, the first page of Lawrence's financial affidavit is missing.

The United States Court of Appeals for the Eleventh Circuit has previously held that under the Prison Litigation Reform Act ("PLRA") it was proper for a district court to dismiss a civil action brought by multiple inmates who did not file separate actions and did not file separate requests to proceed in forma pauperis. Hubbard v. Haley, 262 F.3d 1194, 1198 (11th Cir. 2001). In Hubbard, the district court dismissed without prejudice the initial multi-plaintiff complaint, opened

separate actions for each of the named plaintiffs, and directed each plaintiff to file separate financial affidavits in support of a request to proceed in forma pauperis. Id. at 1195.

Guided by Hubbard, this Court will dismiss the instant action without prejudice and open a new civil rights action for each of the named Plaintiffs. Each Plaintiff shall be required to file the $350.00 filing fee or to submit a separate request to proceed in forma pauperis.

**IT IS ORDERED** that the instant civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to **OPEN** a new civil rights action on behalf of each Plaintiff named in the instant action. The incomplete financial affidavit submitted by James Lawrence shall **not** be duplicated.

**IT IS FURTHER ORDERED** that each Plaintiff shall be individually responsible for the applicable filing fee. In the event a Plaintiff seeks in forma pauperis status, he must submit a completed financial affidavit and authorization form. Plaintiffs shall have thirty (30) days from the entry date of this Order to submit the $350.00 filing or a financial affidavit in support of a request for leave

to proceed in forma pauperis. Plaintiffs are advised that failure to comply with this Order may result in their actions being dismissed.

The Clerk of Court is **FURTHER DIRECTED** to send each Plaintiff named in this action a financial affidavit, a copy of this Order, and information identifying their new, individual civil rights actions.

**IT IS SO ORDERED**, this 31st day of May, 2006.

*/s/ Jack Camp*
JACK T. CAMP
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)